Leonard C. Herr, #081896
Caren L. Curtiss #311218
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendants, CITY OF VISALIA, VISALIA POLICE DEPARTMENT, MICHAEL MORGANTINI, MARTIN AGUILAR and MIGUEL LEON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PASTOR ISABEL VELA,<br><br>Plaintiff,<br><br>v.<br><br>VISALIA POLICE DEPARTMENT, DOE MORGAN, DOE AGUILAR, and DOE LEON,<br><br>Defendants. | Case No.: 1:25-CV-00323-KES-EPG<br><br>**CITY DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |

Defendants, CITY OF VISALIA, VISALIA POLICE DEPARTMENT, MICHAEL MORGANTINI, MARTIN AGUILAR and MIGUEL LEON, (collectively "CITY") answer Plaintiff, PASTOR ISABEL VELA's First Amended Complaint for Damages ("FAC") by admissions and denials of material facts contained in the FAC, and by allegations of affirmative defenses.

No admission of material fact is, or should be read as, an admission of law, as no admission of law is, or is intended to be, set forth in this answer.

Further any admission of fact is an admission of the fact as stated and is neither intended nor should be read as an admission of a fact inferred by the reader, even if that inference might be reasonably made.

HERR, PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

CITY DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

## ADMISSIONS AND DENIALS

1.  In answer to paragraph 1, CITY admits that jurisdiction and venue is properly conferred upon this Court.

2.  In answer to paragraph 2, CITY admits that the City and the Visalia Police Department ("VPD"), a department of the City, are named defendants along with VPD Officers Michael Morgantini, Martin Aguilar and Miguel Leon. CITY lacks sufficient information or belief to admit or deny the remaining allegations in Paragraph 2, and on that basis, denies

3.  In answer to Heading 1 – Factual Allegations – CITY admits its police officers seized Plaintiff's vehicle. CITY further admits that Plaintiff came to CITY's police department to request information about her vehicle. City denies all other material allegations of fact set forth on page 2, line 10 through page 4, line 2.

4.  In answer to the paragraphs found on page 4, lines 3 through 19, these paragraphs contain no apparent, independent allegations of material fact and on that basis CITY denies.

5.  In answer to the paragraph found on page 4, lines 21 through 27, CITY admits Plaintiff was arrested. CITY denies all other material allegations of fact in this paragraph.

6.  In answer to the paragraph found on page 5, lines 1 through 6, CITY admits a cell phone was confiscated. CITY denies all other material allegations of fact in this paragraph.

7.  In answer to Heading 4 – Legal Argument Regarding Representation – this paragraph contains no apparent, independent allegations of material fact and on that basis CITY denies.

8.  In answer to Heading 5 – Causes of Action – these statements contain no apparent, independent allegations of material fact and on that basis CITY denies.

9.  To the extent the prayer can be read to allege material facts, CITY cannot

HERR, PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

**CITY DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

discern these factual allegations and therefore lacks information and belief sufficient to formulate a response; based thereon, CITY denies.

### AFFIRMATIVE DEFENSES

10. FOR A FIRST, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, these answering Defendants allege that the same fails to state facts sufficient to constitute a cause of action against these answering Defendants.

11. FOR A SECOND, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, these answering Defendants allege that Plaintiff comes to Court with unclean hands.

12. FOR A THIRD, SEPARATE AND FURTHER DEFENSE to each of the claims stated in the FAC, these answering Defendants allege that Plaintiff's claims are barred by the doctrines of laches. Plaintiff's actions are also barred by the doctrine of waiver and Plaintiff is estopped from maintaining this action.

13. FOR A FOURTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, these answering Defendants allege that Plaintiff's damages, if any, were the result of Plaintiff's failure to reasonably mitigate her damages.

14. FOR A FIFTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, all of Plaintiff's claims for damages are barred by the applicable statute of limitations.

15. FOR A SIXTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, these answering Defendants allege that Plaintiff assumed the risk of any injuries and/or damages resulting from the matters set forth in said FAC, and that said assumption of risk by Plaintiff was a proximate cause of the injuries and/or damages alleged by Plaintiff, if any there were.

16. FOR A SEVENTH, SEPARATE AND FURTHER DEFENSE to each of the

HERR, PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-3-

**CITY DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

claims sought to be stated in the FAC, these answering Defendants allege that Defendants' actions were not the cause in fact or the proximate cause of any injuries, losses, or damages alleged by Plaintiff, if any.

17.  FOR AN EIGHTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, these answering Defendants allege that the matters alleged in the FAC were caused by the sole negligence or legal fault of Plaintiff and/or other individuals who may or may not be parties to this action.

18.  FOR A NINTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, these answering Defendants allege that if Defendants are liable on Plaintiff's FAC, then such liability will have been caused, in whole, or in part, by the negligence, recklessness, gross negligence or other legal fault of persons or entities other than these answering Defendants, who are not responsible.

19.  FOR A TENTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, these answering Defendants allege that Plaintiff is guilty of willful misconduct and wanton and reckless behavior in and about the matters and events set forth in said FAC and that said willful misconduct and wanton and reckless behavior proximately contributed to the injuries and damages alleged, if any there were.

20.  FOR AN ELEVENTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, these answering Defendants allege that at all times relevant to the allegations in the FAC, Defendants' actions were justified and Defendants acted with probable cause. Defendants were justified to act the way they did in light of the evidence, facts, and information in existence at the time Plaintiff was detained. As to any state causes of action, Defendants are immune under Government Code section 820.4 and Penal Code sections 836 and 847.

21.  FOR A TWELFTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, Defendants allege that other Plaintiff's action is barred by the doctrines of estoppel.

HERR, PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-4-

**CITY DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

22. FOR A THIRTEENTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, Defendants allege that other Plaintiff's action is barred by the doctrines of estoppel.

23. FOR A FOURTEENTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, these answering Defendants allege that their actions were justified and/or privileged in order to effectuate a search and seizure.

24. FOR A FIFTEENTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, these answering Defendants allege that they acted at all times reasonably or otherwise in compliance with the law.

25. FOR A SIXTEENTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, these answering Defendants allege that they are absolutely immune under Federal law from any Federal claims of Plaintiff.

26. FOR A SEVENTEENTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, these answering Defendants allege that their conduct was pursuant to good faith qualified immunity.

27. FOR AN EIGHTEENTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, these answering Defendants allege its conduct was justified pursuant to Government Code section 821.6.

28. FOR A NINETEENTH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, all of Plaintiff's claims for damages are barred by the applicable statute of limitations.

29. FOR A TWENTIETH, SEPARATE AND FURTHER DEFENSE to each of the claims sought to be stated in the FAC, Defendants allege that other and further defenses may come to light as this matter progresses and will seek leave to amend this answer accordingly.

///

///

HERR, PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-5-

**CITY DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

**DEMAND FOR JURY TRIAL**

Defendants, CITY OF VISALIA, VISALIA POLICE DEPARTMENT, MICHAEL MORGANTINI, MARTIN AGUILAR, and MIGUEL LEON hereby demand a jury trial of all issues triable of right by jury.

Dated: June 27, 2025         HERR PEDERSEN & BERGLUND LLP

By: /s/ Leonard C. Herr
LEONARD C. HERR
CAREN L. CURTISS
Attorneys for Defendants CITY OF VISALIA, VISALIA POLICE DEPARTMENT, MICHAEL MORGANTINI, MARTIN AGUILAR and MIGUEL LEON

2025.06.27 COV Answer to FAC.docx

HERR, PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-6-

CITY DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

## PROOF OF SERVICE

### FRCP RULE 5(b)

I am over the age of 18 years and not a party to the above-entitled cause. My business address is 100 Willow Plaza, Suite 300, Visalia, California.

On **June 27, 2025**, I served the document(s) described as **CITY DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** on the interested parties in this action by providing each a true copy thereof as follows:

Pastor Isabel Vela
2727 North Grove Industrial Dr. #105
Fresno, CA 93725

__X__ **BY MAIL:**
I placed a true copy thereof enclosed in a sealed envelope for delivery and addressed to the above-stated addressee. I am readily familiar with the practice of HERR PEDERSEN & BERGLUND LLP for the collection and processing of correspondence for mailing with the United States Postal Service. In accordance with the ordinary course of business, the above-mentioned document(s) would have been deposited with the United States Postal Service, with postage fully prepaid, the same day on which they were placed for deposit. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

____ **BY FACSIMILE:**
I transmitted the above-stated document(s) addressed to the above-stated addressee at the above-stated facsimile number. A transmission report was issued by the sending facsimile machine, and the transmission was reported as complete without error.

____ **BY PDF TRANSMISSION:**
I transmitted the above-stated document(s) via e-mail to the above-stated e-mail address(es).

I declare that I am employed in the office of a member of the bar in this Court at whose direction service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **June 27, 2025**, at Visalia, Tulare County, California.

_____
**NALEE SEE**