UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR ISABEL VELA,<br>Plaintiff,<br>v.<br>CITY OF VISALIA, et al.<br>Defendants. | Case No. 1:25-cv-00323-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 31 |

Plaintiff Pastor Isabel Vela proceeds pro se in this civil action challenging the seizure of a vehicle and the validity of a related search warrant.

On April 13, 2026, Plaintiff moved for leave to file a second amended complaint. Doc. 28. The motion was referred to a United States magistrate judge for the preparation of findings and recommendations. Doc. 30.

On June 3, 2026, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's motion for leave to file a second amended complaint be denied. Doc. 31. No objections have been filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 3, 2026, Doc. 31, are ADOPTED in full.
2. Plaintiff's motion for leave to file a second amended complaint, Doc. 28, is DENIED.

IT IS SO ORDERED.

Dated: July 27, 2026

UNITED STATES DISTRICT JUDGE